**Order entered February 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01224-CV

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**CATHERINE STOUFFER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GARY LEE STOUFFER, JR. AND AS NEXT FRIEND OF SHANNON STOUFFER AND SHANE STOUFFER, ET AL., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-15204**

## ORDER

Appellant's Motion to Issue Mandate or Stay the Proceedings is **GRANTED.** The clerk is directed to issue the mandate forthwith.


/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE